## ESTATE OF MARY JANE TURNER, DECEASED.*
### [No. 2,360; decided February 11, 1884.]

Funeral Expenses.—When the Question of Liability for Funeral Expenses is at issue in a suit to recover them, the probate court will not entertain a petition that involves an adjudication of the question.

Funeral Expenses.—A Claim for Funeral Expenses must be Presented as other claims are, and if disallowed be sued upon in the ordinary way.

Disputed Claims.—The Probate Court is not a Trial Court to Settle disputed claims.

Drown & Barton, for the petitioner.

Stetson & Houghton, for the administrator.

*The opinion in this case, and the opinions in the cases to follow, were destroyed in the great fire that visited San Francisco April 18-20, 1906. The syllabi, fortunately, were preserved, and are here presented in full.